UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG,<br><br>    Plaintiff,<br> v.<br><br>OCZ TECHNOLOGY GROUP, INC.,<br><br>    Defendant. | Case No.: 11-CV-1415-PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO CONENT OR TO DECLINE TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**(Re: Docket No. 10)** |

Pursuant to stipulation, and good cause appearing therefore, the case management conference scheduled for June 21, 2011 at 2:00 p.m. is continued to June 28, 2011 at 2:00 p.m. The parties shall file a joint case management statement no later than June 21, 2011. Additionally, no later than June 21, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

All other deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are unchanged.

**IT IS SO ORDERED.**

Dated: May 18, 2011

                   _____
                   PAUL S. GREWAL
                   United States Magistrate Judge

Case No.: 11-1415
ORDER