| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | NEIL M. SOLTMAN (SBN 67617) |
| 2 |   nsoltman@mayerbrown.com |
| | MATTHEW H. MARMOLEJO (SBN 242964) |
| 3 |   mmarmolejo@mayerbrown.com |
| | RUTH ZADIKANY (SBN 260288) |
| 4 |   rzadikany@mayerbrown.com |
| | 350 South Grand Avenue, 25th Floor |
| 5 | Los Angeles, CA  90071-1503 |
| | Telephone: (213) 229-9500 |
| 6 | Facsimile:  (213) 625-0248 |
| 7 | Attorneys for Defendant |
| | OCZ TECHNOLOGY GROUP, INC. |
| 8 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>OCZ TECHNOLOGY GROUP, INC.,<br><br>            Defendant. | Case No. CV11-01415 PSG<br><br>**DEFENDANT OCZ TECHNOLOGY GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1]<br><br>The Honorable Paul S. Grewal<br><br>Complaint filed:  March 24, 2011 |

700151821

CORPORATE DISCLOSURE STATEMENT; CASE NO. CV11-01415 PSG

| | |
|---|---|
| 1 | Defendant OCZ Technology Group, Inc. ("OCZ") makes the following disclosure |
| 2 | statement pursuant to Fed. R. Civ. P. 7.1: |
| 3 | There are no publicly traded companies that own 10% or more of OCZ's stock. |

Dated: May 18, 2011

MAYER BROWN LLP
NEIL M. SOLTMAN
MATTHEW H. MARMOLEJO
RUTH ZADIKANY


By:  s/ Matthew H. Marmolejo
          Matthew H. Marmolejo
Attorneys for Defendant
OCZ TECHNOLOGY GROUP, INC.

1
CORPORATE DISCLOSURE STATEMENT; CASE NO. CV11-01415 PSG

700151821