**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG, ) | Case No.: 11-CV-1415-PSG |
| ) | |
| Plaintiff, ) | **ORDER SETTING NEW DEADLINE** |
| v. ) | **TO CONSENT OR TO DECLINE TO** |
| ) | **PROCEED BEFORE A** |
| OCZ TECHNOLOGY GROUP, INC., ) | **MAGISTRATE JUDGE** |
| ) | |
| Defendant. ) | **(Re: Docket No. 16)** |
| ) | |

On May 18, 2011, the court set a deadline in advance of the case management conference for the parties either to consent to proceed before a magistrate judge or to request reassignment to a district judge. After that order was issued, the Defendant filed a motion to dismiss. As a dispositive motion has been filed before the case management conference, the court now sets a new deadline for the parties to consent or to request reassignment, consistent with Civ. L.R. 73-1(a)(2).

IT IS HEREBY ORDERED that no later than May 25, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

Case No.: 11-1415
ORDER

1  www.cand.uscourts.gov.

2  **IT IS SO ORDERED.**

3  Dated: May 19, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-1415
ORDER