Laurence M. Rosen (SBN # 219683)
**THE ROSEN LAW FIRM, P.A.**
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff James Wang

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>OCZ TECHNOLOGY GROUP, INC.,<br><br>Defendants. | Case No.   CV 11-01415-PSG<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES**<br><br>**Hon. Paul S. Grewal** |

     WHEREAS, on May 18, 2011 defendant OCZ Technology Group, Inc. ("OCZ") filed a motion to dismiss the complaint or in the alternative to strike certain allegations in the complaint (the "Motion"), noticing a hearing date of August 2, 2011 at 10 a.m. (docket no. 16);

     WHEREAS, pursuant to the parties' April 14, 2011 stipulation, Plaintiff's opposition to the Motion is due on or by June 17, 2011, and OCZ's reply thereto is due on or by July 1, 2011 (docket no. 7);

     WHEREAS, the deadline for parties to exchange initial disclosures is June 14, 2011 (docket no. 5);

1
STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE
AND TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES
Case no. CV 11-01415-PSG

WHEREAS, OCZ has raised a number of complex issues in their Motion and Plaintiff's counsel requires additional time to respond;

WHEREAS, the parties require additional time to prepare their initial disclosures due to the complex nature of this putative class action; and

WHEREAS, the parties believe that the requested adjustments will not cause undue delay and will promote the orderly and efficient progress of the action;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that:

The current schedule should be adjusted as follows:

- Plaintiff's opposition to Defendant's motion to dismiss or in the alternative to strike will be due on or by July 5, 2011;
- Defendant's reply in further support of its motion to dismiss or in the alternative to strike will be due on or by July 19, 2011; and
- Parties shall exchange initial disclosures on or by June 24, 2011.

SO STIPULATED

Dated:  June 13, 2011                    THE HINTON LAW FIRM


                                         By:     /s/ Christopher S. Hinton
                                         Christopher S. Hinton

                                         And

                                         THE ROSEN LAW FIRM, P.A.
                                         LAURENCE M. ROSEN (SBN # 219683)
                                         PHILLIP KIM

                                         Counsel for Plaintiff James Wang

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE
AND TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES
Case no. CV 11-01415-PSG

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  June 13, 2010 | MAYER BROWN LLP |
| 3 | | NEIL M. SOLTMAN |
| | | MATTHEW H. MARMOLEJO |
| 4 | | RUTH ZADIKANY |

By: /s/ Matthew H. Marmolejo (authorized 6/13/2011)
Matthew H. Marmolejo
Counsel for Defendant OCZ Technology Group, Inc.

3

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE
AND TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES
Case no. CV 11-01415-PSG

## ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file its opposition to Defendant's motion to dismiss or in the alternative to strike on or by July 5, 2011, and Defendant shall file its reply, if any, on or by July 19, 2011; and

2. The parties shall exchange their initial disclosures by June 24, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: June 17, 2011

_____
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

---

4
STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE
AND TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES
Case no. CV 11-01415-PSG