UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES WANG, ET AL., | ) | Case No.: C 11-1415 PSG |
| Plaintiffs, | ) | |
| v. | ) | **CASE MANAGEMENT ORDER** |
| OCZ TECHNOLOGY GROUP, INC., | ) | |
| Defendant. | ) | |

On June 28, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall notify the court of their selected ADR mechanism no later than 7 days after the court issues its order on Defendant's pending motion to

ORDER, *page 1*

1  dismiss.

2  IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3  Discovery begins. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 28, 2011

4  Plaintiffs' class certification motion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 31, 2012

5  Opposition to class certification.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 12, 2012

6  Reply brief on class certification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 23, 2012

7  Class certification hearing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 21, 2012

8  Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 31, 2012

9  Designation of Opening Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . October 26, 2012

10 Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . November 30, 2012

11 Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 14, 2013

12 Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

13 Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . .  10:00 a.m. on April 15, 2013

14 Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on May 20, 2013

15 Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on May 28, 2013

16 IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

17 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

18 of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

19 Pretrial Statement, and all other pretrial submissions.

20 Dated: July 28, 2011

21

22  PAUL S. GREWAL
   United States Magistrate Judge

23

24

25

---

26  [1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

27  [2] A copy of Judge Grewal's standing order is also available on the court's website at
28  www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."