UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> OCZ TECHNOLOGY GROUP, INC., <br><br> Defendants. | Case No.   CV 11-01415-PSG |

### [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff James Wang shall file his opposition to Defendant OCZ Technology Group's ("OCZ") motion to dismiss and motion to strike (jointly, the "Motions") on or by February 7, 2012, and OCZ shall file its reply, if any, on or by February 21, 2012; and

2. The hearing on OCZ's Motions will be continued to February 28, 2012 at 10:00 a.m..

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _1/17/2012_____      *Paul S. Grewal* (signature)
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
Case no. CV 11-01415-PSG