Laurence M. Rosen, Esq. (CSB# 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Tel:  (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

Additional Counsel on Signature Page

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>OCZ TECHNOLOGY GROUP, INC.,<br><br>Defendant. | Case No.: CV11-01415 PSG<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: February 28, 2012<br>Time: 10:00 a.m.<br>Courtroom 5<br><br>The Honorable Paul S. Grewal<br><br>Complaint filed: March 24, 2011 |

Pursuant to Federal Rule of Evidence 201 Plaintiffs hereby respectfully request that the Court take judicial notice of the following attached exhibits in connection with their memoranda of law in opposition to Defendants' motions to dismiss Plaintiff's complaint:

Exhibit 1 - Printout of a portion of a discussion thread from OCZ's forum

Exhibit 2 -  Printout of a public response posted by OCZ on a forum controlled by OCZ concerning the Products and Predecessor Products along with consumer responses

Exhibit 3 - OCZ's Product Sheet for the Vertex 2

Exhibit 4 - Discussion thread on Anandtech.com's forum

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
PLAINTIFF'S COMPLAINT - No. CV11-01415 PSG

1     Exhibit 5 - Enthusiast website with coverage of OCZ's competitors' responses

2     Exhibit 6 - Pictures of the warranty card included inside the Products' packaging

3     In ruling on a motion to dismiss, the court may consider matters which may be judicially noticed pursuant to Federal Rule of Evidence 201 without converting the motion to dismiss into one for summary judgment. *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir.1994); *Isuzu Motors Ltd.* v. *Consumers Union of United States, Inc.,* 12 F. Supp.2d 1035, 1042 (C.D. Cal. 1998). Courts may also take judicial notice of any facts that, as here, are "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Even if the document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiffs claims." *United States* v. *Ritchie,* 343 F.3d 903, 908 (9th Cir. 2003).

Dated: February 7, 2012                 Respectfully submitted,

**THE HINTON LAW FIRM**

By:    /s Christopher S. Hinton

Christopher S. Hinton
275 Madison Ave., 34th Floor
New York, NY 10016
Telephone: (646) 723-3377
Facsimile: (212) 202-3827
Email: chinton@hintonlegal.com

-and-

The Rosen Law Firm, P.A.
Laurence M. Rosen (SBN # 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone:     (213) 785-2610
Facsimile:     (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim, Esq.

275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

Attorneys for Plaintiff