# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 27, 2012                    Time in Court: [10:01 to 10:31 (30 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Christine Bedard

**TITLE: James Wang v. OCZ Technology Group, Inc.**
**CASE NUMBER**: CV11-01415 PSG
Plaintiff Attorney(s) present: Christopher Hinton
Defendant Attorney(s) present: Neil Soltman

**PROCEEDINGS:**
**Defendant's Motion to Strike and to Dismiss (Docs. 51 and 52)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///