United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WANG, et al, ) | Case No.: C 11-1415 PSG |
| Plaintiffs, ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. ) | |
| OCZ TECHNOLOGY GROUP, INC., ) | |
| Defendants. ) | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 17, 2012.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, January 8, 2013 at 2 p.m. to show cause why the case should not be dismissed.

Dated: November 15, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER