UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JAMES WANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.

OCZ TECHNOLOGY GROUP, INC.,

Defendants.

Case No.   CV 11-01415-PSG

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice;
2. Each Party shall bear its own costs and fees, taxable or otherwise; and
3. Neither Party shall be deemed a "prevailing party" within the meaning of Federal Rule of Civil Procedure 54.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 9, 2013

HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case no. CV 11-01415-PSG